**Theodis BROWN, Sr., Appellant,**

v.

**RICO Defendants; Unnamed Defendants, Appellees.**

**No. 09–1509.**

United States Court of Appeals, Eighth Circuit.

Submitted: June 18, 2009.

Filed: June 23, 2009.

Theodis Brown, Sr., St. Louis, MO, pro se.

Before RILEY, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Theodis Brown, Sr. (Brown), appeals after the district court[1] dismissed his dis-

---

1. The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

crimination complaint under 28 U.S.C. § 1915(e)(2)(B). Having carefully reviewed the record, we find no basis for reversal. *See Moore v. Sims,* 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam) (explaining an appellate court reviews de novo a district court's § 1915(e)(2)(B) dismissal). Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny all of Brown's pending motions.